**KATTEN MUCHIN ROSENMAN LLP**
Stuart M. Richter (SBN 126231)
stuart.richter@kattenlaw.com
Yonaton Rosenzweig (SBN 248137)
yoni.rosenzweig@kattenlaw.com
Meegan Maczek (SBN 260609)
meegan.maczek@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:  310.788.4471

Attorneys for Plaintiff
GOTTEX FUND MANAGEMENT, LTD.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GOTTEX FUND MANAGEMENT, LTD., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MKA REAL ESTATE OPPORTUNITY FUND I, LLC, a California limited liability company; MKA CAPITAL GROUP ADVISORS, LLC, a California limited liability company; JASON SUGARMAN, an individual; MICHAEL ABRAHAM, an individual; ELIZABETH SUGARMAN, an individual; LAUSANNE, LLC, a California limited liability company; EQUIPMENT RENTAL & MANAGEMENT, LLC, a Nevada limited liability company; and DOES 1-10,<br><br>Defendants. | Case No. SACV-13-00922 AG (JPRx)<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE SCHEDULING CONFERENCE AND HEARING DATES**<br><br>Date: January 30, 2013<br>Time: 10:30 a.m.<br>Place: Courtroom 6A<br>Judge: Hon. Jean P. Rosenbluth<br><br>Date:  February 3, 2014<br>Time: 9:00 a.m.<br>Place: Courtroom 10D<br>Judge: Hon. Andrew Guilford<br><br>Date: February 3, 2014<br>Time: 10:00 a.m.<br>Place: Courtroom 10D<br>Judge: Hon. Andrew Guilford |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 16-15.7, plaintiff Gottex Fund Management, Ltd. ("Plaintiff") hereby notifies the Court that Plaintiff and defendants MKA Real Estate Opportunity Fund I, LLC, MKA Capital Group Advisors, LLC, Michael Abraham, Jason Sugarman, Elizabeth Sugarman, Lausanne, LLC, and Equipment Rental & Management, LLC (collectively, "Defendants") have reached a settlement in principle in the above-captioned case. Plaintiff and Defendants are in the process of documenting said settlement and anticipate that the settlement will be finalized within the next 30 days and the appropriate documents finalized.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff requests that the Court vacate the following hearings and conference in light of the settlement:

1. The hearing scheduled on January 30, 2014 at 10:30 a.m. before the Honorable Jean P. Rosenbluth on Defendants' Motion for Protective Order re Plaintiff's Subpoena Seeking Documents from Third Party Freestone Investments, LLC (Dkt. No. 99).

2. The hearing scheduled on February 3, 2014 at 10:00 a.m. before the Honorable Andrew Guilford on Plaintiff's Motion to Dismiss First Amended Counterclaim filed by MKA Real Estate Opportunity Fund I, LLC and MKA Capital Group Advisors, LLC (Dkt. No. 94).

3. The Scheduling Conference (Dkt. No. 96) scheduled on February 3, 2014 at 9:00 a.m. before the Honorable Andrew Guilford.

Dated: January 24, 2014

KATTEN MUCHIN ROSENMAN LLP
Stuart M. Richter
Yonaton Rosenzweig
Meegan Maczek

By: /s Meegan Maczek
Meegan Maczek
Attorneys for Plaintiff
GOTTEX FUND MANAGEMENT, LTD.

1

**NOTICE OF SETTLEMENT AND REQUEST TO VACATE SCHEDULING CONFERENCE AND HEARING DATES**